[No. 37472-2-II.  Division Two.  July 7, 2009.]

MICHAEL B. MCGRAW ET AL., *Appellants*, v. JOSEPH M.
BLACKWELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 05-2-06367-3, Barbara D. Johnson, J., entered
February 22, 2008. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Armstrong, J., con-
curred in by Bridgewater and Hunt, JJ.

[No. 37625-3-II.  Division Two.  July 7, 2009.]

*In the Matter of the Marriage of* ALISSA VICTORIA SATALICH,
*Appellant,* and CHRISTOPHER BARRON
SATALICH, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 05-3-01627-0, Edwin L. Poyfair, J., entered
March 14, 2008. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37721-7-II.  Division Two.  July 7, 2009.]

JIM SCHUMACHER, *Appellant*, v. IMG GROUP, LLC,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-2-14554-6, Susan Serko, J., entered April 11,
2008. *Reversed* by unpublished opinion per Armstrong, J.,
concurred in by Van Deren, C.J., and Hunt, J.

[No. 26001-1-III.  Division Three.  July 7, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. ELIZABETH HELEN
ANN WESTENSKOW, *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 06-1-00719-3, Evan E. Sperline, J., entered
March 7, 2007. *Reversed* and *remanded* by unpublished
opinion per Brown, J., concurred in by Sweeney and
Korsmo, JJ.